IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:06 CV-359-CSC ) |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANT, MARGARET N. MARTIN'S ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW Defendant, Margaret N. Martin, and for Reply to Defendant's Counterclaim, states as follows:

1. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 1 of the Plaintiff's Complaint and, therefore, they are denied.

2. Upon information and belief, Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Upon information and belief, Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 5 of the Plaintiff's Complaint and, therefore, they are denied.

6. Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 7 of the Plaintiff's Complaint and, therefore, they are denied.

8. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 8 of the Plaintiff's Complaint and, therefore, they are denied.

9. Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Defendant admits the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11. Defendant admits the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Defendant admits the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Defendant admits the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendant admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant admits the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendant admits the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant admits the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendant admits the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendant admits the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendant admits the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendant admits the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22. Defendant admits the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. Defendant admits the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 24 of the Plaintiff's Complaint and, therefore, they are denied.

25. Defendant admits the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 26 of the Plaintiff's Complaint and, therefore, they are denied.

27. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 27 of the Plaintiff's Complaint and, therefore, they are denied.

28. Defendant is without sufficient information to form a belief as to the truth or accuracy of the allegations contained in Paragraph 28 of the Plaintiff's Complaint and, therefore, they are denied.

29. To the extent that any paragraphs, titles, claims for relief or other allegations and averments contained in the Plaintiff's "WHEREFORE" clause may apply to Defendant Margaret N. Martin, such are expressly denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a claim against the Defendant, Margaret N. Martin, upon which relief can be granted.

Respectfully submitted,

/s/ David D. Schoel
David D. Schoel ASB-2558-H60D

Attorney for Defendant, Margaret N. Martin.

NATTER & FULMER, P.C.
3800 Colonnade Parkway
Suite 450
Birmingham, Alabama 35243
(205) 968-5300, fax (205) 968-5330

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Michael Baird Beers, Esq.
Constance Taylor Buckalew, Esq.
Micheal Stewart Jackson, Esq.
Angela Christine Taylor
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

I further certify that, on the date referenced above, I have mailed the foregoing document by United States Postal Service to the following non-CM/ECF participants:

James C. Gray, III, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

/s/ David D. Schoel
OF COUNSEL