# Exhibit 1



| County | 14 | Case Number | CV 2005 000336 00 | JID | | JBB | Trial | | J |
|---|---|---|---|---|---|---|---|---|---|
| Style | MARGAREET N MARTIN VS WAYNE MYRICK AND LYNN MYRICK | | | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 11232005 | | Track | | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | | Defendants | 002 | |
| DJID | | Court Action | 00000000 | | | | For | | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | | No Damages | | |
| Trial Days | | Lien | | | | | | | |

| Date 1 | | Que 1 | | Time 1 | | Description | |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party | C 001 | Name | MARTIN MARGARET | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|
| INDX | | ANAM | | | JID | JBB |
| SSN | | Address 1 | | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | AL 00000 0000 | | Phone | 205 000 0000 |
| Atty 1 | SCHOEL DAVID DAWSON | Atty 2 | FULMER TIMOTHY MELVI | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

| Party | D 001 | Name | MYRICK WAYNE | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|
| INDX | | ANAM | | | JID | JBB |
| SSN | | Address 1 | 60 CO RD 1000 | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | VERBENA AL 36091 0000 | | Phone | 205 000 0000 |
| Atty 1 | GRAY JAMES C III | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 11302005 | Type | C CERTIFIED MAI | Reissue 01142006 | Type | S SHERIFF |
| Return | 01032006 | Type | C UNCLAIM CERT | Return | Type | |
| Service | 01202006 | Type | S SERVED PERSON | Serv On | By | |
| Answer | 03072006 | Type | D COMP DENIED | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

| Party | D 002 | Name | MYRICK LYNN | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | | ANAM | | | | JID | JBB |
| SSN | | Address 1 | 60 CO RD 1000 | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | VERBENA AL 36091 0000 | | | Phone | 205 000 0000 |
| Atty 1 | GRAY JAMES C III | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 11302005 | Type | C CERTIFIED MAI | Reissue | 01142006 | Type | S SHERIFF |
| Return | 01032006 | Type | C UNCLAIM CERT | Return | | Type | |
| Service | 01202006 | Type | S SERVED PERSON | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party | I 001 | Name | STATE FARM FIRE AND CASUALTY | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|
| INDX | | ANAM | | | JID | JBB |
| SSN | | Address 1 | | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | AL 00000 0000 | | Phone | 205 000 0000 |
| Atty 1 | BEERS MICHAEL B | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11302005 | 0924 | FILE | FILED THIS DATE: 11/23/2005 (AV01) | FEB |
| 11302005 | 0924 | ORIG | ORIGIN: INITIAL FILING (AV01) | FEB |
| 11302005 | 0924 | ASSJ | ASSIGNED TO JUDGE: JOHN B. BUSH (AV01) | FEB |
| 11302005 | 0924 | TDMJ | JURY TRIAL REQUESTED (AV01) | FEB |
| 11302005 | 0924 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | FEB |
| 11302005 | 0932 | PART | MARTIN MARGARET ADDED AS C001 (AV02) | FEB |
| 11302005 | 0932 | ATTY | LISTED AS ATTORNEY FOR C001: SCHOEL DAVID DAWSON | FEB |
| 11302005 | 0957 | ATTY | LISTED AS ATTORNEY FOR C001: FULMER TIMOTHY MELVI | FEB |
| 11302005 | 0959 | PART | MYRICK WAYNE ADDED AS D001 (AV02) | FEB |
| 11302005 | 0959 | SUMM | CERTIFIED MAI ISSUED: 11/30/2005 TO D001 (AV02) | FEB |
| 11302005 | 1000 | PART | MYRICK LYNN ADDED AS D002 (AV02) | FEB |
| 11302005 | 1000 | SUMM | CERTIFIED MAI ISSUED: 11/30/2005 TO D002 (AV02) | FEB |
| 01032006 | 1134 | RETU | RETURN OF UNCLAIM CERT ON 01/03/2006 FOR D001 | FEB |
| 01032006 | 1134 | RETU | RETURN OF UNCLAIM CERT ON 01/03/2006 FOR D002 | FEB |
| 01032006 | 1134 | RETU | RETURNED UNCLAIM CERT M ON 01/03/2006 FOR D001 | FEB |
| 01032006 | 1135 | RETU | RETURNED UNCLAIM CERT M ON 01/03/2006 FOR D002 | FEB |
| 01142006 | 1206 | REIS | REISSUE OF SHERIFF ON 01/14/2006 FOR D001 (AV02) | FEB |
| 01142006 | 1206 | REIS | REISSUE OF SHERIFF ON 01/14/2006 FOR D002 (AV02) | FEB |
| 01252006 | 1627 | SERC | SERVICE OF SERVED PERSON ON 01/20/2006 FOR D001 | FEB |
| 01252006 | 1627 | SERC | SERVICE OF SERVED PERSON ON 01/20/2006 FOR D002 | FEB |
| 03082006 | 1016 | ATTY | LISTED AS ATTORNEY FOR D001: GRAY JAMES C III | MIS |
| 03082006 | 1016 | ANSW | ANSWER OF COMP DENIED ON 03/07/2006 FOR D001(AV02) | MIS |
| 03082006 | 1017 | ATTY | LISTED AS ATTORNEY FOR D002: GRAY JAMES C III | MIS |

```
03132006 0933 TEXT  AMENDED ANSWER OF DEFT. DEBRA ROBERTS.              FEB
03212006 0914 TEXT  ACCEPTANCE AND WAIVER BY TROY KING ATTY GEN OF THE  FEB
03212006 0914 TEXT  STATE OF ALA.                                       FEB
03212006 0934 TEXT  REQUEST TO EXTEND BANKRUPTCY STATUS AS TO DEFT.,    FEB
03212006 0934 TEXT  STEVE WASDIN BY PLTFF.S                             FEB
04252006 1438 TEXT  MOTION TO INTERVENE FILED BY STATE FARM INS.,       MIS
05022006 1222 PART  STATE FARM FIRE AND CASUALTY ADDED AS I001 (AV02)   MIS
05022006 1222 ATTY  LISTED AS ATTORNEY FOR I001: BEERS MICHAEL B(AV02)  MIS
05022006 1223 TRAN  TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS            MIS
05022006 1225 TEXT  ORDER GRANTING MOTION TO INTERVENE FILED , COPY     MIS
05022006 1225 TEXT  TO ATTYS.,                                          MIS
```