# Exhibit 2

IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

| | |
|---|---|
| MARGARET N. MARTIN, | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 2005-336-B |
| WAYNE MYRICK and LYNN MYRICK, | * |
| Defendants. | * |

### STATE FARM FIRE AND CASUALTY COMPANY'S
### MOTION TO INTERVENE

COMES NOW, State Farm Fire and Casualty Company, (hereinafter "State Farm"), to petition this Court to allow its intervention into this cause pursuant to Rule 24 and/or Rule 49 of the ALABAMA RULES OF CIVIL PROCEDURE for the limited purpose of participating in discovery and submitting special interrogatories to the jury. The Alabama Supreme Court's decision in *Universal Underwriters v. East Central Alabama Ford/Mercury, Inc.*, 574 So. 2d 716 (Ala. 1990) also authorizes such intervention by State Farm. State Farm requests intervention to resolve questions of liability insurance coverage arising from the circumstances of this case. State Farm submits the following grounds in support of this Motion to Intervene:

1. Defendants Wayne Myrick and Lynn Myrick (hereinafter collectively referred to as "Myricks") are the named insureds on a State Farm personal liability umbrella policy in force and effect at all times material to the incident(s) made the basis of this lawsuit. A copy of Policy #01-BY-3095-2 is attached hereto as Exhibit "A".

2. The Myricks contend this policy provides coverage for the acts made the basis of the allegations and the damages claimed by Plaintiff Margaret Martin in her Complaint.

3.   State Farm contends there is a question of whether the policy of insurance provides coverage for the acts and claims that have been alleged against the Myricks in this lawsuit. There is a question whether the underlying allegations constitute a loss as defined by the policy, whether or not the acts complained of were expected or intended in nature, and whether the acts were the result of willful and malicious conduct. Further, a jury needs to make a determination which, if any, award of damages were made pursuant to the claim for emotional and mental anguish.

4.   Additionally, State Farm contends the issues of liability and damages presented by Martin's Complaint against the Myricks and the issues of liability existing between State Farm and the Myricks have common questions of law and fact.

5.   State Farm's intervention would not delay the trial of this cause and would not prejudice the adjudication of the rights of the original parties. Such intervention would provide an efficient means of resolving the issues among the parties regarding liability insurance coverage

6.   ALABAMA RULES OF CIVIL PROCEDURE, Rule 24 and Rule 49, and the previously cited *Universal Underwriters* decision provide an alternative means for this Court to resolve the issue of liability insurance coverage which may require nothing more than the submission of Special Interrogatories or Special Verdict Forms to the Jury.

8.   If Special Interrogatories are not allowed by the Court, Defendant State Farm alternatively, in the event a verdict is returned against the Myricks, would respectfully request the Court to bifurcate the trial and allow State Farm to present evidence regarding insurance coverage to the same jury hearing the underlying case.

WHEREFORE, State Farm respectfully requests this Court to enter an Order GRANTING its Motion to Intervene.

Respectfully submitted this 20th day of APRIL, 2006.

*Constance V. Buckalew*

MICHAEL B. BEERS [BEE006]
CONSTANCE T. BUCKALEW [BUC015]
ANGELA C. TAYLOR [TAY062]
Attorneys for Intervenor State Farm Fire and Casualty Company

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
  PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
TEL: (334) 834-5311
FAX: (334) 834-5362

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

Timothy M. Fulmer, Esq.
David O. Schoel, Esq.
**NATTER & FULMER, P.C.**
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama  35243

Jim Gray, Esq.
**LLOYD, GRAY AND WHITEHEAD, P.C.**
2501 Twentieth Place S - Suite 300
Birmingham, Alabama 35223

on this the 20th day of APRIL, 2006.

*Constance Buckalew*
Of Counsel

-3-