IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL -5 P 4:49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | * * * |
| Plaintiff, | * * |
| vs. | * Case No.: 2:06 CV-359-CSC * |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | * * * * |
| Defendants. | * |

## STATE FARM FIRE AND CASUALTY COMPANY'S RESPONSE TO PLAINTIFFS' MOTION TO DISMISS

COMES NOW, State Farm Fire and Casualty Company, (hereinafter "State Farm"), in response to the Court's Show Cause Order directing it to submit a response as to why Defendants' Motion to Dismiss should not be granted and shows unto the Court as follows:

1. State Farm Fire and Casualty Company, hereinafter "State Farm" incorporates by references and adopts its Complaint for Declaratory Judgment as though set out fully herein.

2. At the time of filing its Motion to Intervene, State Farm was unaware of the speed with which this matter would be brought to trial or whether its Complaint for Declaratory Judgment would be permitted. State Farm filed both the Motion to

Intervene in State Court and the Complaint for Declaratory Judgment in this Court in an effort to protect its interests.

3. State Farm's Motion to Intervene sought permission to intervene and to present special interrogatories to the jury. In the alternative, should State Farm not be allowed to present special interrogatories, and if a verdict were returned against the Myricks, State Farm requested the Court to bifurcate the trial and allow State Farm to present evidence regarding insurance coverage to the same jury hearing the underlying cause. (Paragraph 8, State Farm's Motion to Intervene, attached hereto as "Exhibit A"). It is the alternative relief requested that forms the basis of Defendants' Motion to Dismiss in which Defendants argue State Farm is seeking the same relief in both courts, i.e. "splitting" its cause of action.

4. State Farm's Motion to Intervene was granted by a general order (attached hereto as "Exhibit B"). Since the Order does not address the alternative relief requested, State Farm believes that the Court granted the intervention to present special interrogatories.

5. Subsequent to the receipt of said Order and due to the fact that State Farm's Motion to present special interrogatories was granted, State Farm filed a Motion to Withdraw Paragraph 8 of its Motion to Intervene striking its request for bifurcation (attached hereto as "Exhibit "C").

6. By virtue of State Farm's withdrawal of the relief requested in Paragraph 8 of its Motion to Intervene, State Farm has remedied the issue with regard to whether there were issues being pursued simultaneously in this and the Circuit Court.

7. State Farm's Declaratory Judgment action is therefore, ripe for adjudication.

**WHEREFORE, the above premises considered,** Plaintiff State Farm Fire and Casualty Company requests this Court to deny Plaintiffs' Motion to Dismiss.

RESPECTFULLY SUBMITTED this the 5th day of July, 2006.

_____
**MICHAEL B. BEERS [BEERM4992]**
**MICHEAL S. JACKSON [JACKM8173]**
**CONSTANCE T. BUCKALEW [BUCKC3785]**
**ANGELA C. TAYLOR [TAYLA2713]**
BEERS, ANDERSON, JACKSON, PATTY
 & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
Telephone:  (334) 834-5311
Facsimile:  (334) 834-5362
E-mail:      mbeers@beersanderson.com
Counsel for Plaintiff State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing STATE FARM'S RESPONSE TO PLAINTIFFS' MOTION TO DISMISS has been served upon the following parties by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

Timothy M. Fulmer, Esq.
David O. Schoel, Esq.
**NATTER & FULMER, P.C.**
3800 Colonnade Parkway
Suite 450
Birmingham, Alabama  35243

Jim Gray, Esq.
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 Twentieth Place S - Suite 300
Birmingham, Alabama 35223

on this the 5th day of JULY, 2006.

_____
Of Counsel