IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MARGARET N. MARTIN,
PLAINTIFF,

V.                                    CASE NO. CV05-336

WAYNE MYRICK, et al.,
DEFENDANTS

## ORDER ON MOTION

This matter is before the Court on the Motion of

State Farm Fire and Casualty Company

to Intervene

Upon consideration the Court finds that the

Motion is _____ well taken. It is therefore

ORDERED, ADJUDGED and DECREED that the Motion be and is

hereby GRANTED.

The _____ is allowed _____ days

from this date in which to _____

_____ .

DONE and ORDERED this 2nd day of May, 2006.

_____
Circuit Judge — 19th Judicial Circuit

copies to:
    Plaintiff
    Defendant

06-359



EXHIBIT B