IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MARGARET N. MARTIN,    *

    Plaintiff,    *

vs.    * Civil Action No. 2005-336-B

WAYNE MYRICK and    *
LYNN MYRICK,    *

    Defendants.    *



### STATE FARM FIRE AND CASUALTY COMPANY'S
### MOTION TO WITHDRAW PARAGRAPH 8
### OF ITS MOTION TO INTERVENE

COMES NOW, State Farm Fire and Casualty Company, (hereinafter "State Farm"), to petition this Court to allow it to withdraw the relief requested in Paragraph 8 of its Motion to Intervene.

On or about April 25, 2006, State Farm filed a Motion to Intervene in the instant matter as there are issues of liability which pertain to State Farm. Said Motion sought permission to intervene and to present special interrogatories to the jury. In the alternative, should State Farm not be allowed to present special interrogatories, and if a verdict were returned against the Myricks, State Farm requested the Court to bifurcate the trial and allow State Farm to present evidence regarding insurance coverage to the same jury hearing the underlying cause. (Paragraph 8, STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO INTERVENE).

State Farm's Motion to Intervene was granted by general order on May 20, 2006. However, as it appears this Court has granted State Farm's request to submit special interrogatories to the jury, State Farm would like to withdraw its request outlined in paragraph 8 of its Motion:

06-359



8.   If Special Interrogatories are not allowed by the Court, Defendant State Farm alternatively, in the event a verdict is returned against the Myricks, would respectfully request the Court to bifurcate the trial and allow State Farm to present evidence regarding insurance coverage to the same jury hearing the underlying case.

WHEREFORE, State Farm respectfully requests this Court to permit the withdrawal of the requested relief in Paragraph 8 of STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO INTERVENE and proceed with the matter under the terms of the May 20, 2006, Order which grants State Farm permission to submit special interrogatories to the jury.

Respectfully submitted this 29th day of June, 2006.

*Constance J. Buckalew*

MICHAEL B. BEERS [BEE006]
CONSTANCE T. BUCKALEW [BUC015]
ANGELA C. TAYLOR [TAY062]
Attorneys for Intervenor State Farm Fire and Casualty Company

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
  PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
TEL:  (334) 834-5311
FAX:  (334) 834-5362

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO WITHDRAW PARAGRAPH 8 OF ITS MOTION TO INTERVENE has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Timothy M. Fulmer, Esq.<br>David O. Schoel, Esq.<br>**NATTER & FULMER, P.C.**<br>3800 Colonnade Parkway, Suite 450<br>Birmingham, Alabama   35243 | Jim Gray, Esq.<br>**LLOYD, GRAY AND WHITEHEAD, P.C.**<br>2501 Twentieth Place S - Suite 300<br>Birmingham, Alabama 35223 |

on this the 29th day of June, 2006.

_____
OF COUNSEL

| STATE OF ALABAMA<br>Unified Judicial System<br>Chilton County | Revised 3/23/05<br>Check one(Not for Workers' Comp., PFA, or Small Claims cases):<br>☐ District Court   ☐ Circuit Court | Case No.<br>CV-05-336-B |
|---|---|---|

| Style of case:<br>Margaret N. Martin v.<br>Wayne Myrick and Lynn Myrick | **CIVIL MOTION COVER SHEET**<br>Name of Filing Party: State Farm Fire and Casualty Company |
|---|---|

| Name, Address, and Telephone No. of Attorney or Party, If Not Represented:<br>CONSTANCE T. BUCKALEW<br>BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P.C.<br>P. O. Box 1988<br>Montgomery, Alabama 36102-1988<br>Attorney Bar No.: BUC015 | To be filled out by Clerk of Court:<br>☐ Filing Fee Charged and Collected (Amt $_____)<br>☐ Filing Fee Not Required (SM, Work Comp, PFA)<br>☐ Affidavit of Hardship on File |
|---|---|

## Type of Motion (Check One)

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00)<br>☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)<br>☐ Judgment on the Pleadings ($50.00)<br>☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00)<br>☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)<br>☐ Summary Judgment Pursuant to Rule 56 ($50.00)<br><br>* Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Add Party<br>☐ Amend<br>☐ Change of Venue/Transfer<br>☐ Compel<br>☐ Consolidation<br>☐ Continue<br>☐ Deposition<br>☐ Designate a Mediator<br>☐ Judgment as a Matter of Law (during trial)<br>☐ Disburse Funds<br>☐ Extension of Time<br>☐ In Limine<br>☐ Joinder<br>☐ More Definite Statement<br>☐ Motion to Dismiss pursuant to Rule 12 (b)<br>☐ New Trial<br>☐ Objection of Exemptions Claimed<br>☐ Pendente Lite<br>☐ Plaintiff's Motion to Dismiss<br>☐ Preliminary Injunction<br>☐ Protective Order<br>☐ Quash<br>☐ Release from Stay of Execution<br>☐ Revive Judgment<br>☐ Sanctions<br>☐ Sever<br>☐ Special Practice in Alabama<br>☐ Stay<br>☐ Strike<br>☐ Supplement to Pending Motion<br>☐ Vacate or Modify<br>☐ Withdraw<br>☐ Other- Motion to Withdraw Paragraph 8 of Motion to Intervene |

Hearing Date:

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county or municipal government.  ☐ | Date:<br>6-29-06 | Signature of Attorney or Party:<br>Constance T. Buckalew |
|---|---|---|

*This Cover Sheet must be completed, signed by the filing attorney or party, and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
** Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee