IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Case No.: 2:06 CV-359-CSC |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | * * * * | |
| Defendants. | * | |

## REPORT OF THE PARTIES PLANNING MEETING

1.   Pursuant to Fed. R.Civ. P. 26(f), a meeting was held on (date) at (place) and was attended by:

- Angela Taylor Baker for Plaintiff State Farm Fire and Casualty Company

- Cynthia A. Martin for Defendants Wayne and Lynn Myrick

    As required in the Federal Rules of Civil Procedure, Wayne and Lynn Myrick participated in the parties planning meeting and agree to the following plan. However, they reserve and re-assert their objections to this declaratory judgment action as it is improper and due to be dismissed as argued in their pending motion to dismiss.

- David D. Schoel for Defendant Margaret Martin

2.   **Pre-Discovery Disclosures**.  The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within fourteen (14) days of the Court's order on

-2-

Defendants Myricks' Motion to Dismiss currently pending before the Court.

    3.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

- Discovery will be needed on the subjects of insurance coverage and policy interpretations.
- All discovery commenced in time to be completed by July 20, 2007.
- Maximum of 20 Interrogatories by each party to any other party. Responses are due 45 days after service.
- Maximum of 20 requests for admission by each party to any other party. Responses are due 45 after service.
- Maximum of 5 depositions by Plaintiff(s) and 5 depositions by Defendant(s).
- Each deposition is limited to a maximum of 6 hours unless extended by agreement of the parties.
- Reports from retained experts under Rule 26(a)(2) are due:
  - From Plaintiff(s) May 25, 2007
  - From Defendant(s) June 22, 2007

    4.    **Other Items**.

- The parties do not request a conference with the court before

entry of the scheduling order.

- The parties request a pretrial conference in August of 2007.

- Plaintiff(s) should be allowed until January 12, 2007 to join additional parties and until January 31,2007 to amend the pleadings.

- Defendant(s) shall be allowed until February 16, 2007 to join additional parties and until March 7, 2007 to amend the pleadings.

- All potentially dispositive motions should be filed by August 24, 2007.

- Settlement is unlikely in this matter but the parties will evaluate the issue of settlement upon the completion of discovery.

- Final lists of witnesses and exhibits under rule 26(a)(3) should be due
    - from Plaintiff(s) 30 days before trial.
    - from Defendant(s) 30 days before trial.

- Parties should have 7 days after the service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

- The case should be ready for trial in September of 2007 and at this time is expected to take approximately 3 days to try the case.

**Pursuant to the Administrative Procedure for Filing, Signing, and Verifying Documents by Electronic Means, Section II(C)(3), all counsel so noted below have reviewed this document and have consented to its electronic filing.**

DONE this the 28th day of November, 2006.

/s/ David D. Schoel
**TIMOTHY M. FULMER [FUL021]**
**DAVID D. SCHOEL [SCH061]**
NATTER & FULMER, P.C.
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama  35243
TEL:  (205) 968-5300
FAX: (205) 968-5330
E-mail:   fulmer@natterfulmer.com
Counsel for Defendant Margaret N. Martin

/s/ Cynthia A. Martin
**JAMES A. KEE, JR. [KEE005]**
**CYNTHIA A. MARTIN**
KEE & SELBY, L.L.P.
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
TEL:  (205) 968-9900
FAX: (205) 968-9909
E-mail:   anunnellee@keeselby.com
Counsel for Defendants Wayne & Lynn Myrick

/s/ Angela T. Baker
**MICHAEL B. BEERS [BEE006]**
**MICHEAL S. JACKSON [JAC015]**
**CONSTANCE T. BUCKALEW [BUC015]**
**ANGELA T. BAKER [TAY062]**

-4-

-5-

       BEERS, ANDERSON, JACKSON, PATTY
        VAN HEEST & FAWAL.C.
       P. O. Box 1988
       Montgomery, Alabama 36102-1988
       TEL: (334) 834-5311
       FAX: (334) 834-5362
       E-mail: mbeers@beersanderson.com
       Counsel for Plaintiff State Farm Fire and
       Casualty Company