IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Case No.: 2:06 CV-359-CSC |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | * * * * | |
| Defendants. | * | |

## PLAINTIFF STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff State Farm Fire and Casualty Company (hereinafter "State Farm") and moves this Honorable Court for summary judgment in its favor, pursuant to Rule 56, Federal Rules of Civil Procedure. As grounds for its motion State Farm contends there is no material issue of fact and it is entitled to judgment as a matter of law. In support of this motion, Plaintiff State Farm submits:

1. The Pleadings;

2. State Farm's Summary of Undisputed Material Facts and Brief in Support of Motion for Summary Judgment, filed contemporaneously herewith;

3.  Certified Copy of Policy Personal Liability Umbrella Policy #01-BY-3095-2, attached to State Farm's Brief as Exhibit "A";

4.  Excerpts from the deposition of Lynn Myrick attached to State Farm's Brief as Exhibit "B";

5.  Excerpts from the deposition of Wayne Myrick, attached to State Farm's Brief as Exhibit "C"; and

6.  The underlying Complaint CV-05-336B filed in the Circuit Court of Chilton County, Alabama, by Margaret Martin attached to State Farm's Brief as Exhibit "D".

Respectfully submitted this the 20th day of MARCH, 2007.

/s/Michael B. Beers
**MICHAEL B. BEERS [BEERM4992]**
**MICHEAL S. JACKSON [JACKM8173]**
**CONSTANCE T. BUCKALEW [BUCKC3785]**
**ANGELA C. TAYLOR [TAYLA2713]**
BEERS, ANDERSON, JACKSON, PATTY
 & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
Telephone:  (334) 834-5311
Facsimile:  (334) 834-5362
E-mail:   mbeers@beersanderson.com
Counsel for Plaintiff State Farm Fire and Casualty Company

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Timothy M. Fulmer, Esq. | James A. Kee, JR., Esq. |
| David O. Schoel, Esq. | Cynthia A. Martin, Esq. |
| **NATTER & FULMER, P.C.** | **KEE & SELBY, L.L.P.** |
| 3800 Colonnade Parkway | 1900 International Park Drive |
| Suite 450 | Suite 220 |
| Birmingham, Alabama  35243 | Birmingham, Alabama  35243 |
| Counsel for Margaret Martin | Counsel for Wayne & Lynn Myrick |

on this the 20th day of MARCH, 2007.

/s/Michael B. Beers
Of Counsel

-3-