IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Case No.: 2:06 CV-359-CSC |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | * * * * | |
| Defendants. | * | |

PLAINTIFF STATE FARM FIRE AND CASUALTY COMPANY'S
MOTION TO SET HEARING FOR SUMMARY JUDGMENT

COMES NOW Plaintiff State Farm Fire and Casualty Company an moves this Honorable Court to set a hearing date on State Farm's Motion for Summary Judgment. As grounds for its motion, State Farm sets forth the following:

1. Defendant Margaret Martin filed a Complaint in the Circuit Court of Chilton County, Alabama, against State Farm insureds, Wayne Myrick and Lynn Myrick on November 23, 2005. In said Complaint Martin alleged against Wayne Myrick and Lynn Myrick a claim for undue influence in Count I, a claim for fraud/deceit and fraudulent inducement in Count II, a claim for conversion in Count III, a claim for conspiracy to defraud in Count IV, a claim for conspiracy to convert

in Count V, and a claim for breach of fiduciary duty against Lynn Myrick in Count VI. ( A copy of the Martin Complaint was attached as Exhibit "D," to State Farm's summary judgment motion).

2. On April 19, 2006, State Farm filed a Complaint for Declaratory Judgment with this Court seeking a resolution of the rights, interests and liabilities under the personal liability umbrella policy ("PLUP") of insurance it had issued to Wayne Myrick and Lynn Myrick. [Do.2]. Defendant Margaret Martin filed an Answer to the Declaratory Judgment action on May 19, 2006. [Doc.3]. The Myricks, jointly, filed a Motion to Dismiss on May 23, 2006. [Doc.4]. Defendant State Farm responded to the Show Cause Order, [Doc.5], as to why the motion should not be granted on July 5, 2006. [Doc.6]. The Myricks replied to State Farm's response on July 12, 2006. [Doc. 8]. State Farm responded to the Myricks' reply on July 26, 2006. [Doc. 9]. A ruling to resolve the motion to dismiss has not been entered.

3. On March 20, 2007, State Farm filed its motion and brief in support of summary judgment. [Doc.11 and Doc.12].

4. State Farm avers this matter can be addressed as a matter of law based on the pleadings and briefs.

**WHEREFORE, the above premises considered**, State Farm moves his Honorable Court to set this matter for hearing with an applicable briefing schedule.

Respectfully submitted this the 28th day of March, 2007.

/s/Michael B. Beers
**MICHAEL B. BEERS [BEERM4992]**
**MICHEAL S. JACKSON [JACKM8173]**
**CONSTANCE T. BUCKALEW [BUCKC3785]**
**ANGELA TAYLOR BAKER [TAYLA2713]**
BEERS, ANDERSON, JACKSON, PATTY,
 VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
Telephone:  (334) 834-5311
Facsimile:   (334) 834-5362
E-mail:      mbeers@beersanderson.com
Counsel for Plaintiff State Farm Fire and
 Casualty Company

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy M. Fulmer, Esq.  
David O. Schoel, Esq.  
**NATTER & FULMER, P.C.**  
3800 Colonnade Parkway  
Suite 450  
Birmingham, Alabama  35243  
Counsel for Margaret Martin  

James A. Kee, JR., Esq.  
Cynthia A. Martin, Esq.  
**KEE & SELBY, L.L.P.**  
1900 International Park Drive  
Suite 220  
Birmingham, Alabama  35243  
Counsel for Wayne & Lynn Myrick  

on this the 28th day of MARCH  2007.

/s/Michael B. Beers  
Of Counsel