IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 2:06 CV-359-WKW ) |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Bert S. Nettles, C. Dennis Hughes, and John H. McEniry, IV, of the law firm of Haskell Slaughter Young & Rediker, LLC, 1400 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203, hereby file this Notice of Appearance as additional counsel for Plaintiff State Farm Fire and Casualty Company.

Respectfully submitted,

/s/ John H. McEniry, IV
Bert S. Nettles (ASB-5850-S63B)
C. Dennis Hughes (ASB-1033-H65C)
John H. McEniry, IV (ASB-9509-J72M)

Counsel for Plaintiff State Farm Fire and Casualty Company

-2-

**OF COUNSEL:**
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
telephone: 205-251-1000
facsimile: 205-324-1133

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16 day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party or attorney of record in this action:

| | |
|---|---|
| Timothy M. Fulmer, Esq. | James A. Kee, Jr., Esq. |
| David O. Schoel, Esq. | Cynthia A. Martin, Esq. |
| **NATTER & FULMER, P.C.** | **KEE & SELBY, L.L.P.** |
| 3800 Colonnade Parkway, Suite 450 | 1900 International Park Dr., Suite 220 |
| Birmingham, Alabama 35243 | Birmingham, Alabama 35243 |
| *Counsel for Margaret Martin* | *Counsel for Wayne & Lynn Myrick* |

/s/ John H. McEniry, IV
Of Counsel

489762.1