IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No.: 2:06 CV-359-WKW |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | ) ) ) ) ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO CONTINUE DEADLINES (doc no. 14)

Plaintiff State Farm Fire and Casualty Company ("State Farm") respectfully requests an additional fourteen (14) days within which to file a reply brief in support of State Farm's pending Motion for Summary Judgment. As grounds, State Farm states as follows:

1.  State Farm filed a Motion for Summary Judgment on March 20, 2007. (doc nos. 11 and 12). State Farm's motion addressed all claims pending between the parties as of March 20, 2007.

2.  On April 26, 2007, this Court entered a Submission Order (doc no. 14) which instructed the defendants to file a response to State Farm's Motion for

Summary Judgment on or before May 9, 2007. This Submission Order instructed State Farm to file a reply brief on or before May 18, 2007.

3. On May 9, 2007, defendants Wayne and Lynn Myrick ("the Myricks") filed a "Rule 56(f) Motion to Deny Plaintiff's Motion for Summary Judgment or, Alternatively, to Continue Plaintiff's Motion and Defendants' Opposition to Plaintiff's Motion." (doc no. 16).

4. On May 9, 2007, the Myricks also filed a Counterclaim (doc no. 15) against State Farm alleging breach of contract (Count One), bad faith (Count Two), and breach of enhanced obligation of good faith (Count Three).

5. State Farm very recently retained Bert S. Nettles, C. Dennis Hughes, and John H. McEniry, IV, of the law firm of Haskell Slaughter Young & Rediker, LLC, as additional counsel. Concurrent with this motion, attorneys Nettles, Hughes, and McEniry have filed their notice of appearance.

6. State Farm and the undersigned counsel require additional time to address and file appropriate responses to the new claims made by the Myricks in their Counterclaim against State Farm. Claims made by the Myricks in the Counterclaim potentially affect pending claims addressed in State Farm's Motion for Summary Judgment, thus State Farm requires additional time to address these issues and prepare appropriate pleadings.

7. An attorney for State Farm has consulted with attorney James A. Kee, Jr., who represents the Myricks in this matter. Attorney Kee has consented to the relief sought in this motion.

Wherefore, State Farm respectfully requests that this Court continue the May 18, 2007 deadline set forth in its Submission Order (doc no. 14) for State Farm to file a reply brief in support of its Motion for Summary Judgment. State Farm requests that said deadline be continued to June 1, 2007.

Respectfully submitted,

/s/ John H. McEniry, IV
Bert S. Nettles (ASB-5850-S63B)
C. Dennis Hughes (ASB-1033-H65C)
John H. McEniry, IV (ASB-9509-J72M)

**OF COUNSEL**:
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Michael B. Beers
Micheal S. Jackson
Constance T. Buckalew
Angela C. Taylor

**OF COUNSEL**:
BEERS, ANDERSON, JACKSON, PATTY
  & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988

Counsel for Plaintiff State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16 day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party or attorney of record in this action:

Timothy M. Fulmer, Esq.  
David O. Schoel, Esq.  
**NATTER & FULMER, P.C.**  
3800 Colonnade Parkway  
Suite 450  
Birmingham, Alabama   35243  
*Counsel for Margaret Martin*

James A. Kee, Jr., Esq.  
Cynthia A. Martin, Esq.  
**KEE & SELBY, L.L.P.**  
1900 International Park Drive  
Suite 220  
Birmingham, Alabama   35243  
*Counsel for Wayne & Lynn Myrick*

/s/ John H. McEniry, IV  
Of Counsel

489765.1