IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM AND CASUALTY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-359-WKW |
| | ) |
| WAYNE MYRICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is plaintiff's Unopposed Motion to Continue Deadline (Doc. # 18). It is ORDERED that the motion is GRANTED. Plaintiff shall file a reply brief **on or before June 1, 2007**.

DONE this 17th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE