IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:06 CV 359-WKW ) |
| WAYNE MYRICK, LYNN MYRICK and MARGARET N. MARTIN | ) (JURY DEMAND) ) ) ) |
| Defendants. | ) |

**DEFENDANT/COUNTERCLAIM PLAINTIFFS'
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
PLAINTIFF/COUNTERCLAIM DEFENDANT STATE FARM**

COME NOW Defendants/Counterclaim Plaintiffs Wayne Myrick and Lynn Myrick ("Myrick"), and without waiving the arguments asserted in their Motion to Dismiss which is pending in this Court, hereby submit their Requests for Production of Documents to the Plaintiff/Counterclaim Defendant State Farm Fire and Casualty Company ("State Farm").

I. DEFINITIONS AND PROCEDURES

A.   Definitions

As used in these requests for production, the following words and phrases shall have the following meanings:

The words "you," "your," and "yours" as used herein refer to the

EXHIBIT
1

plaintiff/counterclaim defendant and its employees, agents, and attorneys and to all other representatives of the Plaintiff/Counterclaim Defendant in their capacities as such.

"Documents" means and includes, without limiting its generality, contracts; agreements; correspondence; telegrams; reports; records; logs; schedules; diaries; invoices; purchase orders; accounting records; work sheets; charts; notes; estimates; summaries; inventories; minutes of meetings; memoranda, including inter-agency, intra-agency, inter-office, and intra-office memoranda, and memoranda regarding conferences, conversations, telephone calls or telephone conversations; computer storage media; visual aids; and any and all other taped, recorded, printed, written, or typed matter of any kind or description.

"Person" includes natural persons, governments (or agencies thereof), quasi-public entities, corporations, partnerships, joint ventures, and all other forms of organization or association.

"Date" means the exact day, month, and year, if ascertainable, or if not, the closest approximation that can be made thereto, by means of, if necessary, location in relation to other events.

B.  Procedures

You have been served with this original set of requests for production under Rules 26 and 34 of the Federal Rules of Civil Procedure. Please provide responses hereto within 30 days of service upon you as provided by the Federal Rules of Civil Procedure.

The requests for production are intended to be continuing in nature, and any information which may be discovered subsequent to the service of your answers is to be brought to the attention of the inquiring party through supplemental responses within thirty (30) days following discovery or prior to the date set for trial of this matter, whichever period of time is shorter.

If you object to responding to any request for production, in whole or in part, state with particularity your objection and all of the factual and legal reasons supporting your objection. If you object on the ground of privilege, also state with particularity the legal and factual basis of the privilege claimed and provide a detailed privilege log of all documents being withheld, containing the following

information:

    (a)    type of document;
    (b)    date of document;
    (c)    title of document; and
    (d)    author of document.

## REQUESTS FOR PRODUCTION

### REQUEST NO. 1

Please provide copies of any and all notes, videos, statements or other documents which reflect any and all communication by and between Wayne Myrick and/or Lynn Myrick and you and/or any and all other persons or entities which in any way relates to the claim and denial under State Farm Homeowners Policy Number 01-E6-4730.

### REQUEST NO. 2

Please provide a copy of your complete and entire file concerning the defendant/counterclaim Plaintiff's insurance claim involving State Farm Homeowners Policy Number 01-E6-4730. This should include, but is not limited to, your complete claims file (including all document stored in electronic format) and your complete underwriting file (including all documents stored in electronic format) in relation to State Farm Homeowners Policy Number 01-E6-4730.

MAY 09 '07 15:41    FROM:KEE & SELBY    205-968-9909    T-201 P.05 F-518

## REQUEST NO. 3

Please provide copies of any and all documents which reference, relate to or in any way address the claim and/or denial pursuant to State Farm Homeowners Policy Number 01-E6-4730.

## REQUEST NO. 4

Please provide copies of any and all file notes, including adjuster notes, memoranda or other documents of any kind that reflect any investigation into or evaluation of the claim under the State Farm Homeowners Policy Number 01-E6-4730, including all such materials maintained in electronic format.

## REQUEST NO. 5

Please provide copies of any and all documents which identify any efforts or activity on the part of plaintiff/counterclaim defendant or anyone acting on its behalf to investigate and/or evaluate the claim made under the State Farm Homeowners Policy Number 01-E6-4730.

## REQUEST NO. 6

Please provide copies of any and all documents which identify any and all persons and/or entities who had any involvement whatsoever in the evaluation, consideration and/or investigation of the claim made under the State Farm Homeowners Policy Number 01-E6-4730.

### REQUEST NO. 7

Please provide certified copies of the State Farm Homeowners Policy Number 01-E6-4730, including any and all endorsements thereto.

### REQUEST NO. 8

Please provide copies of any and all claims manuals and/or other writings of whatever kind or nature which in any way address, reference and/or relate to the adjustment, evaluation and/or consideration of claim by plaintiff/counterclaim defendant pursuant to the State Farm Homeowners Policy Number 01-E6-4730. This request is intended to include any and all such writings, regardless of whether the same were relied upon to evaluate or consider the claim under this policy.

### REQUEST NO. 9

Please provide copies of any and all notes, videos, statements or other documents which reflect any and all communication by and between Wayne Myrick and/or Lynn Myrick and you and/or any and all other persons or entities which in any way relates to the claim and denial under State Farm Personal Liability Umbrella Policy Number 01-BY-3095.

### REQUEST NO. 10

Please provide a copy of your complete and entire file concerning the defendant/counterclaim Plaintiff's insurance claim involving State Farm Personal

Liability Umbrella Policy Number 01-BY-3095. This should include, but is not limited to, your complete claims file (including all document stored in electronic format) and your complete underwriting file (including all documents stored in electronic format) in relation to State Farm Personal Liability Umbrella Policy Number 01-BY-3095.

### REQUEST NO. 11

Please provide copies of any and all documents which reference, relate to or in any way address the claim and/or denial pursuant to State Farm Personal Liability Umbrella Policy Number 01-BY-3095.

### REQUEST NO. 12

Please provide copies of any and all file notes, including adjuster notes, memoranda or other documents of any kind that reflect any investigation into or evaluation of the claim under the State Farm Personal Liability Umbrella Policy Number 01-BY-3095, including all such materials maintained in electronic format.

### REQUEST NO. 13

Please provide copies of any and all documents which identify any efforts or activity on the part of plaintiff/counterclaim defendant or anyone acting on its behalf to investigate and/or evaluate the claim made under the State Farm Personal Liability Umbrella Policy Number 01-BY-3095.

## REQUEST NO. 14

Please provide copies of any and all documents which identify any and all persons and/or entities who had any involvement whatsoever in the evaluation, consideration and/or investigation of the claim made under the State Farm Personal Liability Umbrella Policy Number 01-BY-3095.

## REQUEST NO. 15

Please provide certified copies of the State Farm Personal Liability Umbrella Policy Number 01-BY-3095, including any and all endorsements thereto.

## REQUEST NO. 16

Please provide copies of any and all claims manuals and/or other writings of whatever kind or nature which in any way address, reference and/or relate to the adjustment, evaluation and/or consideration of claim by plaintiff/counterclaim defendant pursuant to the State Farm Personal Liability Umbrella Policy Number 01-BY-3095. This request is intended to include any and all such writings, regardless of whether the same were relied upon to evaluate or consider the claim under this policy.

## REQUEST NO. 17

Please provide copies of any documents in your possession which bear the name of the Defendants/Counterclaim Plaintiffs.

MAY 09 '07 15:42   FROM:KEE & SELBY                    205-968-9909              T-201  P.09   F-516

### REQUEST NO. 18

Please produce a copy of the entire claim file for each and every denial of a claim for coverage under a liability, excess or umbrella policy by this Plaintiff/Counterclaim Defendant or any of its parents, subsidiaries or affiliates within the State of Alabama in the last five (5) years on the same grounds as your denial in this matter under the State Farm Homeowners Policy Number 01-E6-4730 and the initial denial under the State Farm Personal Liability Umbrella Policy Number 01-BY-3095.

### REQUEST NO. 19

Please produce a copy of the Complaint, Answer and concluding documents (Release, Stipulation of Dismissal and/or Judgment) for all legal actions within the State of Alabama during the past five years in which this Plaintiff/Counterclaim Defendant or any of its parents, subsidiaries or affiliates have been sued for bad faith as a result of its refusal to pay insurance claims.

### REQUEST NO. 20

Please provide copies of any and all statements (oral, written, recorded, or otherwise) taken in connection with this matter.

### REQUEST NO. 21

Please provide copies of any and all opinion letters, whether authored by an

8

attorney or otherwise, that relate to the claim that is the subject of this suit.

*/s/ Cynthia A. Martin*
James A. Kee, Jr. ASB-4314-e68j
Cynthia A. Martin ASB-2044-i49c
Attorneys for Defendants Wayne and Lynn Myrick

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served, by facsimile and United States Mail, postage prepaid and properly addressed, a true and correct copy of the above and foregoing upon all counsel to this proceeding in the underlying litigation, this the 9th day of May 2007.

Angela Christine Taylor
Constance Taylor Buckalew
Michael Baird Beers
Michael Stewart Jackson
BEERS ANDERSON JACKSON PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Timothy M. Fulmer
David Schoel
NATTER & FULMER, P.C.
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama 35243

*Cynthia A Martin* (signature)