3-29-07

# IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MARGARET N. MARTIN
PLAINTIFF,

V.

WAYNE MYRICK, et al
DEFENDANT.

CASE NO. CV05-336

### ORDER ON MOTION

This matter is before the Court on the Motion of _Deft for Summary Judgment_

to _____

Upon consideration the Court finds that the Motion is _____ well taken. It is therefore

ORDERED, ADJUDGED and DECREED that the Motion be and is hereby _Granted in part - Claims of Fraud, Deceit, fraud in inducement and Conspiracy are dismissed - Deft allowed 10 days to file reply to pl-tff's pleading if necessary_.

DONE and ORDERED this 29 day of March, 2007.

_____
Circuit Judge — 19th Judicial Circuit

copies to:
    Plaintiff
    Defendant

**EXHIBIT 2**

4-26-07



## IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MARGARET MARTIN,
PLAINTIFF,

V.                                   CASE NO. CV 05-336

WAYNE & LYNN MYRICK
DEFENDANT.

### ORDER ON MOTION

This matter is before the Court on the Motion of Dft for Summary Judgment

Upon consideration the Court finds that the Motion is **NOT** well taken. It is therefore ORDERED, ADJUDGED and DECREED that the Motion be and is hereby DENIED on all Counts except for Fraud, Deceit, Fraud Inducement & The Conspiracy ~~is allowed~~ ~~days~~ ~~from this date in which to~~ _____

DONE and ORDERED this 26 day of April, 2007.

_____
Circuit Judge — 19th Judicial Circuit

copies to:
    Plaintiff
    Defendant