IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | Case No. 2:06 CV 359-WKW | |
| WAYNE MYRICK, LYNN MYRICK and MARGARET N. MARTIN | ) ) ) ) | (JURY DEMAND) | |
| Defendants. | ) | | |

## RESPONSE TO MOTION TO STRIKE

COME NOW Defendants Wayne Myrick and Lynn Myrick ("Myrick") by and through their undersigned counsel, and without waiving the arguments asserted in their Motion to Dismiss which is pending in this Court, hereby respond to State Farm Fire and Casualty Company's ("State Farm") Motion to Strike the Myricks' Counterclaim as follows:

1. These Defendants have filed an Answer and Counterclaim while preserving all arguments asserted in their pending Motion to Dismiss.

2. State Farm's Motion to Strike is now moot.

For the reasons cited above, Defendants Wayne and Lynn Myrick, request that this Court find State Farm's Motion to Strike is moot and allow the Myricks to

1

pursue their Counterclaim.

/s/James A. Kee, Jr. ASB-4314-e68j
/s/Jon M. Hughes ASB-9227-h68j
/s/Cynthia A. Martin ASB-2044-i49c
Attorneys for Defendants Wayne and Lynn Myrick

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 fax

## CERTIFICATE OF SERVICE

     I hereby certify that on June 6, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Angela Christine Taylor
Constance Taylor Buckalew
Michael Baird Beers
Michael Stewart Jackson
BEERS ANDERSON JACKSON PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Timothy M. Fulmer
David Schoel
NATTER & FULMER, P.C.
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama  35243

Bert S. Nettles
Charles Dennis Hughes
John H. McEniry, IV
Haskell, Slaughter, Young & Rediker, LLC
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203

                                                                 <u>/s/Jon M. Hughes ASB-9227-h68j</u>
                                                                 Of Counsel