IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:06 CV-359-WKW ) |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | ) ) ) ) |
| Defendants. | ) |

## RENEWED MOTION TO SET HEARING ON MOTION FOR SUMMARY JUDGMENT FILED BY STATE FARM FIRE AND CASUALTY COMPANY

Plaintiff/Counterclaim Defendant State Farm Fire and Casualty Company ("State Farm") respectfully renews its "Motion to Set Hearing for Summary Judgment" (doc. 13) on the following grounds:

1.   State Farm filed its motion for summary judgment on March 20, 2007. (docs. 11 and 12).

2.   On March 28, 2007, State Farm filed a motion to set hearing on its motion for summary judgment. (doc. 13). On April 26, 2007, this Court set a briefing schedule on State Farm's motion for summary judgment. (doc. 14). This

Court deferred ruling on State Farm's motion for hearing until the Court reviewed briefing on State Farm's motion for summary judgment. (doc. 14, ¶1).

3.   Briefing related to State Farm's motion for summary judgment was concluded with the filing of State Farm's reply brief on June 1, 2007. (doc. 20).

4.   State Farm avers that it is now appropriate for this matter to be addressed as a matter of law based upon the pleadings and briefs submitted to the Court.

Wherefore, State Farm renews its request that this Court set a hearing on State Farm's motion for summary judgment.

Respectfully submitted,

/s/ Bert S. Nettles
Bert S. Nettles (ASB-5850-S63B)
C. Dennis Hughes (ASB-1033-H65C)
John H. McEniry, IV (ASB-9509-J72M)

**OF COUNSEL**:
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

                    Michael B. Beers
                    Michael S. Jackson
                    Constance T. Buckalew
                    Angela C. Taylor

**OF COUNSEL**:
BEERS, ANDERSON, JACKSON, PATTY
  & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988

                    Counsel for Plaintiff/Counterclaim
                    Defendant State Farm Fire and Casualty
                    Company

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16 day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party or attorney of record in this action:

| | |
|---|---|
| Timothy M. Fulmer, Esq. | James A. Kee, Jr., Esq. |
| David O. Schoel, Esq. | Cynthia A. Martin, Esq. |
| **NATTER & FULMER, P.C.** | **KEE & SELBY, L.L.P.** |
| 3800 Colonnade Parkway | 1900 International Park Drive |
| Suite 450 | Suite 220 |
| Birmingham, Alabama 35243 | Birmingham, Alabama 35243 |
| *Counsel for Margaret Martin* | *Counsel for Wayne & Lynn Myrick* |

                    /s/ Bert S. Nettles
                    Of Counsel

499146.1