IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:06 CV-359-WKW ) |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANT, MARGARET N. MARTIN'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Margaret N. Martin, a Defendant in the above-captioned matter, and in accordance with this Court's General Order No. 3047, makes the following disclosure:

This party is an individual and there are no entities to be reported.

Respectfully submitted this 23rd day of August, 2007.

/s/ David D. Schoel
David D. Schoel ASB-2558-H60D

Attorney for Defendant, Margaret N. Martin.

OF COUNSEL:
NATTER & FULMER, P.C.
3800 Colonnade Parkway
Suite 450
Birmingham, Alabama 35243
(205) 968-5300, fax (205) 968-5330

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Michael Baird Beers, Esq.
Constance Taylor Buckalew, Esq.
Micheal Stewart Jackson, Esq.
Angela Christine Taylor
BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Bert S. Nettles, Esq.
Charles Dennis Hughes, Esq.
John H. McEniry, IV, Esq.
HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203

James A. Kee, Esq.
Jon M. Hughes, Esq.
Cynthia A. Martin, Esq.
KEE & SELBY, LLP
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243

                                                /s/ David D. Schoel
                                                OF COUNSEL