IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 2:06 CV-359-WKW |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | ) ) ) ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT FILED BY STATE FARM FIRE AND CASUALTY COMPANY

In accordance with the Fed. R. Civ. P. 7.1 and the Order of the Court, Plaintiff/Counterclaim Defendant STATE FARM FIRE AND CASUALTY COMPANY ("State Farm") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

State Farm is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company is, therefore, the parent of State Farm, and no publicly held company owns 10% or more of its stock. Neither State Farm nor its parent has any publicly traded stock.

Respectfully submitted,


/s/ John H. McEniry, IV
Bert S. Nettles (ASB-5850-S63B)
C. Dennis Hughes (ASB-1033-H65C)
John H. McEniry, IV (ASB-9509-J72M)

**OF COUNSEL**:
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Michael B. Beers
Michael S. Jackson
Constance T. Buckalew
Angela C. Taylor

**OF COUNSEL**:
BEERS, ANDERSON, JACKSON,  PATTY
   & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988

Counsel for Plaintiff/Counterclaim Defendant
State Farm Fire and Casualty Company

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 30th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party or attorney of record in this action:

Timothy M. Fulmer, Esq.
David O. Schoel, Esq.
**NATTER & FULMER, P.C.**
3800 Colonnade Parkway
Suite 450
Birmingham, Alabama   35243
*Counsel for Margaret Martin*

James A. Kee, Jr., Esq.
Cynthia A. Martin, Esq.
**KEE & SELBY, L.L.P.**
1900 International Park Drive
Suite 220
Birmingham, Alabama   35243
*Counsel for Wayne & Lynn Myrick*

/s/ John H. McEniry, IV
Of Counsel

501854.1

3