IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM AND CASUALTY COMPANY  )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-359-WKW |
| ) | |
| WAYNE MYRICK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

It is ORDERED that Plaintiff's Motion to Strike Counterclaim (Doc. # 20) is DENIED as MOOT.

DONE this 7th day of September, 2007.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE