IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:06 CV 359-WKW |
| WAYNE MYRICK, LYNN MYRICK and MARGARET N. MARTIN | ) ) ) ) | (JURY DEMAND) |
| Defendants. | ) ) | |

## STATUS REPORT

COME NOW Defendants and Counter Plaintiffs Wayne Myrick and Lynn Myrick ("the Myricks") and report to the Court the following:

1. The underlying state court civil action upon which this matter is based, *Margaret Martin v. Wayne Myrick and Lynn Myrick*, CV05-336, in the Circuit Court of Chilton County, Alabama ("the underlying suit"), has been settled. The Myricks funded the entire amount of the settlement of the underlying suit. State Farm refused to contribute towards the settlement.

2. Because the underlying suit has been settled, the claims related to the duty to indemnify that were dismissed without prejudice in the court's October 23, 2007 Order are now ripe, although substantial discovery remains to be completed as to those claims and the Myricks' counterclaims.

3. The parties will prepare a Rule 26(f) report with respect to discovery and scheduling as directed by the court's October 23, 2007 Order.

          Respectfully Submitted,

          /s/ James A. Kee, Jr. ASB-4314-e68j
          /s/ Jon M. Hughes ASB-9227-h68j
          /s/ Cynthia A. Martin ASB-2044-i49c
          Attorneys for Defendants Wayne and Lynn Myrick

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 200
Birmingham, Alabama  35243
(205) 968-9900
(205) 968-9909 fax

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Angela Christine Taylor
Constance Taylor Buckalew
Michael Baird Beers
Michael Stewart Jackson
BEERS ANDERSON JACKSON PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988

Timothy M. Fulmer
David Schoel
NATTER & FULMER, P.C.
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama  35243

Bert S. Nettles
Charles Dennis Hughes
John H. McEniry, IV
Haskell, Slaughter, Young & Rediker, LLC
2001 Park Place North
Suite 1400
Birmingham, Alabama  35203

          */s/* Jon M. Hughes ASB-9227-h68j
          Of Counsel