IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  CASE NO. 2:06-cv-359-WKW |
| WAYNE MYRICK, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On October 30, 2007, the plaintiffs filed a Status Report (Doc. #32) informing the court that the underlying state court case had settled and that claims related to the duty to indemnify are now ripe. Each party is ORDERED to show cause in writing **on or before November 21, 2007,** why claims regarding the duty to indemnify should not be reinstated.

A telephone status conference is **SET** for **November 27, 2007 at 11:00 a.m.** The telephone conference shall be arranged by the defendants.

DONE this 14th day of November, 2007.

                                                 /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE