# EXHIBIT A

# RELEASE AND SETTLEMENT AGREEMENT

This Release and Settlement Agreement ("Release" or "Agreement") by Margaret N. Martin, by and through her legal guardian Paula McClung, ("Plaintiff" or "Releasing Party") is intended, among other things, to resolve and end forever, any and all Claims, as defined below, which Releasing Part has now or may ever claim to have against Wayne Myrick or Lynn Myrick, or any of their children, heirs, executors, administrators, personal representatives, agents, attorneys, successors, assigns, or any other persons or entities who together with any or all of the persons named above, have or might have any liability to the Releasing Parties on account of the Claims. (collectively the "Released Parties").

## RECITALS

*WHEREAS*, Plaintiff filed a civil action against Wayne Myrick and Lynn Myrick styled <u>Margaret N. Martin v. Wayne Myrick and Lynn Myrick</u>, CV 05-336 in the Circuit Court of Chilton County, Alabama (the "Civil Action").

*WHEREAS*, all parties to the Civil Action seek to resolve the claims made therein and obtain a dismissal of the Civil Action, with prejudice.

*NOW, THEREFORE*, in consideration of the foregoing and the mutual promises contained herein, the Parties agree as follows:

1.  <u>Settlement Proceeds</u>. Wayne Myrick and Lynn Myrick shall pay One Hundred Twenty-Five Thousand and No/100 Dollars ($125,000.00) to Plaintiffs and her attorneys. Said payment is made solely in consideration for Plaintiff's claims against Wayne Myrick and Lynn Myrick for damages for alleged mental anguish and emotional distress, based upon alleged accidents resulting from alleged reckless and unintentional conduct of Wayne Myrick and Lynn Myrick. No amount of the settlement proceeds are being paid in consideration for any alleged wanton or intentional conduct on the part of Wayne Myrick and Lynn Myrick, nor is any amount of the settlement proceeds being paid in consideration for claims based upon money allegedly wrongfully converted or withheld.

2.  <u>Release Of All Claims</u>. Releasing Party, her legal guardian, children, heirs, executors, administrators, personal representatives, agents, attorneys, successors, assigns, and any and all persons or entities acting under, through, or on behalf of Releasing Party, hereby release and forever discharge the Released Parties from any and all claims, demands, actions, causes of action, costs, expenses, attorney's fees, judgments, sums of money, damages, and liabilities whatsoever, whether known or unknown, which Releasing Party has or claims to have against any of the Released Parties, including but not limited to any claims on account of any conduct, contracts, representations, actions, warranties (express or implied), negligence, wantonness, conversion, omissions, fraud, deceit, misrepresentations, suppressions, breaches of duty, or other matters that were ever alleged or referred to in the Civil Action, or which are related in any way to any matters that were or could have been alleged or referred to in the Civil Action. All of the matters released and discharged above are referred to in this Release as the "Claims."

1

3. <u>No Admission of Wrongdoing or Liability</u>. Releasing Party understands and agrees that this Release and the consideration referred to in Section 1 above are solely in compromise and settlement of disputed claims. Releasing Party understands, acknowledges and agrees that neither this Release, nor the consideration identified in Section 1 above is evidence of, or an admission of, any liability or wrongdoing whatsoever on the part of any of the Released Parties. Rather, all claims and allegations of the Releasing Party remain contested, disputed, and denied.

4. <u>Representations and Warranties by Plaintiff</u>. Releasing Party, through her legal guardian, represents and warrants that she is the only person entitled to assert or enforce the Claims asserted by her in the Civil Action, and represents and warrants that she has not assigned or otherwise transferred any right, title or interest in any of the Claims to any other person or entity.

5. <u>Indemnification</u>. Releasing Party does hereby for herself, her heirs, executors, administrators, successors, assigns, and next of kin covenant to indemnify and hold harmless the Released Parties from any and every claim or demand of every kind of character (including, but not limited to reimbursing Released Parties from any cost incurred by Released Parties in defending themselves against such claims including attorneys fees, expenses, costs, settlement, and/or verdict) arising from the aforementioned incident, which may ever be asserted against Released Parties.

6. <u>Miscellaneous</u>. Releasing Party declares and represents that no oral or written promise or agreement that is not explicitly stated above in this Release has been made to her with regard to the subject matter of this Release; that this Release states the entire agreement between and among the Released Parties and Releasing Party; and that this Release supersedes and replaces all prior negotiations, proposed agreements, understandings, and agreements, whether oral or written. This Release may not be amended in any respect except by a writing duly executed by authorized representatives of the Releasing Party and the Released Parties.

7. <u>Representation by Counsel and Dismissal of Claims</u>. Releasing Party acknowledges that this Release has been reviewed and approved by her attorney. Releasing Party hereby authorizes and instructs her attorney to secure the complete dismissal, with prejudice, of all claims in the Civil Action against the Released Parties, with each party to bear its own costs.

**THE UNDERSIGNED ACKNOWLEDGES THAT SHE HAS READ ALL OF THIS RELEASE; THAT SHE UNDERSTANDS AND APPRECIATES ITS CONTENTS AND SIGNIFICANCE; THAT SHE HAS FULL LEGAL AUTHORITY TO SIGN AS THE LEGAL GUARDIAN OF MARGARET N. MARTIN; AND THAT SHE IS SIGNING THE SAME VOLUNTARILY AFTER FIRST HAVING HAD THE OPPORTUNITY TO CONSULT WITH HER ATTORNEY.**

_Paula F McClung_
Paula McClung

STATE OF _Texas_ )
COUNTY OF _Montgomery_ )

  I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Paula McClung, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, Paula McClung, executed the same voluntarily on the day the same bears date.

  Sworn to and subscribed before me this _18_ day of _September_, 2007.

_Carolyn S. Gibson_
Notary Public
My Commission Expires: _5/14/08_

[Notary Seal: CAROLYN S. GIBSON, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 05-14-2008]

_David D. Schoel_
David D. Schoel
Attorney for Plaintiff

3