# EXHIBIT B

CASE: CV 2005 000336.00
JUDGE: JOHN B. BUSH

```
------------------------------------------------------------------
                   ALABAMA JUDICIAL DATA CENTER
                 CASE ACTION SUMMARY CONTINUATION
                         CIRCUIT CIVIL
------------------------------------------------------------------
 IN THE CIRCUIT  COURT OF  CHILTON        COUNTY
   MARGAREET N MARTIN VS WAYNE MYRICK AND LYNN MYRICK
 FILED:  11/23/2005 TYPE:  BAD FAITH/FRAUD/MISR TYPE TRIAL:  JURY        TRACK:
******************************************************************
 DATE1:  03/29/2007  CA:              CA DATE:
 DATE2:                        PAYMENT:
******************************************************************
```

8-2-07 · ORDER SETTING CASE FOR TRIAL.oo
SCHEDULING ORDER AND ORDER
FOR PRE-TRIAL CONFERENCE
This case is hereby set for trial on
the 2-11-08 at 9:30 AM
pre-trial conference to be held on
2-1-08 @ 9:50 P.m. Copy to parties.

11/2/07 Stipulation for Dismissal filed by parties.

1/5/07 Upon stipulation, Case dismissed with prejudice. Costs taxed as paid.

FEB    03/26/2007