IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )    CASE NO. 2:06-cv-359-WKW |
| WAYNE MYRICK, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

For good cause shown, it is ORDERED that:

1. Plaintiff State Farm shall file a motion for leave to file an amended complaint **on or before December 3, 2007**, which must comply with Local Rule 15.1. The amended complaint shall: 1) include an identification of the insurance policies at issue; 2) include only claims related to the duty to indemnify; and 3) not include Margaret Martin as a party to the action.

2. Defendants Wayne and Lynn Myrick shall file a motion for leave to file an amended answer and counterclaim **on or before December 13, 2007**, which must comply with Local Rule 15.1.

3. Defendants Wayne and Lynn Myrick shall file a brief on the enhanced obligation of good faith and whether the cause of action depends upon the existence of insurance coverage **on or before December 13, 2007.** State Farm shall file a response brief **on or before December 20, 2007.**

DONE this 28th day of November, 2007.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE