IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No.: 2:06 CV-359-WKW ) |
| WAYNE MYRICK, LYNN MYRICK, and MARGARET N. MARTIN, | ) ) ) ) |
| Defendants. | ) |

**STATE FARM FIRE AND CASUALTY COMPANY'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR
DECLARATORY JUDGMENT**

In response to this Court's Order of November 28, 2007 (doc. 39) and pursuant to Fed. R. Civ. P. 15(a)(2) and (d), and M.D. Ala. LR 15.1, Plaintiff/Counterclaim Defendant State Farm Fire and Casualty Company ("State Farm") moves for leave to amend its original Complaint for Declaratory Judgment. In support of this motion, State Farm states as follows:

1.   The original complaint (doc. 1) filed in this matter sought a judicial determination of the duties, rights, obligations and responsibilities that existed between State Farm and Wayne and Lynn Myrick ("the Myricks") with regard to a Personal Liability Umbrella Policy issued to the Myricks by State Farm.

2. The Myricks filed a Counterclaim (doc. 22) alleging breach of contract and bad faith against State Farm with regard to State Farm's handling of the Myricks' claim under the Personal Liability Umbrella Policy. The Myricks also claimed breach of contract and bad faith against State Farm with regard to State Farm's handling of a Homeowners Policy issued to the Myricks by State Farm.

3. At the November 27, 2007 telephone hearing held by the Court on pending motions, the Court ordered State Farm to amend its complaint to incorporate the Homeowners Policy under which the Myricks allege breach of contract and bad faith. A corresponding Order was entered on November 28, 2007. *See* doc. 39.

4. Because the underlying litigation made the basis of this Declaratory Judgment Action has been dismissed, the parties agreed that Margaret Martin (plaintiff in the underlying litigation) should be dismissed. Based upon the agreement of all parties regarding Martin's proposed dismissal, the Court ordered State Farm to remove Martin as a party in the amended complaint. *See* doc. 39.

5. State Farm's proposed amended complaint is attached hereto as **Exhibit 1**.

6. The attached amended complaint presents an additional claim for a judicial determination of the duties, rights, obligations, and responsibilities that exist

between State Farm and the Myricks arising out of the Homeowners Policy. The attached amended complaint also removes Margaret Martin as a party defendant.

7. Pursuant to Fed. R. Civ. P. 15(d), the amended complaint sets forth factual averments in Paragraphs 6 through 29 which were developed in the underlying litigation after State Farm filed its original complaint for declaratory judgment. Said facts have been previously set forth in State Farm's pending motion for summary judgment. *See* doc. 12. With few exceptions, the Myricks have not disputed the factual averments made in State Farm's motion for summary judgment and incorporated in Paragraphs 6 through 29 of the amended complaint. *See* doc. 16 at p. 9.

Wherefore, pursuant to Fed. R. Civ. P. 15(a)(2) and (d), and M.D. Ala. LR 15.1, as well as this Court's Order (doc. 39), State Farm respectfully requests that this Court grant State Farm leave to file the attached amended complaint.

Respectfully submitted,

/s/ Bert S. Nettles
Bert S. Nettles (ASB-5850-S63B)
C. Dennis Hughes (ASB-1033-H65C)
John H. McEniry, IV (ASB-9509-J72M)

**OF COUNSEL**:
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 251-1000

3

>Michael B. Beers
>Michael S. Jackson
>Constance T. Buckalew
>Angela C. Taylor

**OF COUNSEL**:
BEERS, ANDERSON, JACKSON, PATTY
  & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988

>Counsel for Plaintiff/Counterclaim
>Defendant State Farm Fire and Casualty
>Company

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 3 day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party or attorney of record in this action:

| | |
|---|---|
| Timothy M. Fulmer, Esq. | James A. Kee, Jr., Esq. |
| David O. Schoel, Esq. | Jon M. Hughes, Esq. |
| **NATTER & FULMER, P.C.** | Cynthia A. Martin, Esq. |
| 3800 Colonnade Parkway | **KEE & SELBY, L.L.P.** |
| Suite 450 | 1900 International Park Drive |
| Birmingham, Alabama   35243 | Suite 220 |
| *Counsel for Margaret Martin* | Birmingham, Alabama   35243 |
| | *Counsel for Wayne & Lynn Myrick* |

>  /s/ Bert S. Nettles
> Of Counsel

511554.1