IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE FARM AND CASUALTY COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAYNE MYRICK, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-359-WKW |

## ORDER

Upon consideration of plaintiff's Motion to Amend Complaint (Doc. # 40), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically an exact duplicate of the First Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this 5th day of December, 2007.

                                                    /s/   W.  Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE