IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:06 CV 359-WKW |
| WAYNE MYRICK, LYNN MYRICK and MARGARET N. MARTIN | ) ) ) ) ) | (JURY DEMAND) |
| Defendants. | ) | |

## WAYNE AND LYNN MYRICK'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM

In response to the Court's November 28, 2007 Order, Defendants/Counter Plaintiffs Wayne Myrick and Lynn Myrick (the "Myricks") hereby move for leave to file an Amended Answer and Counterclaim on the following grounds:

1. The Court's November 28, 2007 Order required Plaintiff/Counter Defendant State Farm to amend its complaint for the purposes of, among other things, incorporating the Homeowners Policy issued by State Farm to the Myricks.

2. State Farm has now filed its amended complaint incorporating the Homeowners Policy and also adding additional factual averments.

3. The Myricks now request leave to file an amended answer to State Farm's amended complaint and to file an amended counterclaim against State Farm.

4. The Myricks proposed amended answer and counterclaim is attached hereto as Exhibit A.

WHEREFORE, pursuant to Rule 15 of the Federal Rules of Civil Procedure and local Rule 15.1, in addition to this Court's November 28, 2007 Order, the Myricks respectfully requests that the Court grant them leave to file the attached Amended Answer and Counterclaim.

/s/ James A. Kee, Jr. ASB-4314-e68j
/s/ Jon M. Hughes ASB-9227-h68j
/s/ Cynthia A. Martin ASB-2044-i49c
Attorneys for Defendants Wayne and Lynn Myrick

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 200
Birmingham, Alabama  35243
(205) 968-9900
(205) 968-9909 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Bert S. Nettles
Charles Dennis Hughes
John H. McEniry, IV
Haskell, Slaughter, Young & Rediker, LLC
2001 Park Place North
Suite 1400
Birmingham, Alabama  35203

Angela Christine Taylor
Constance Taylor Buckalew
Michael Baird Beers
Michael Stewart Jackson
BEERS ANDERSON JACKSON PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988

Timothy M. Fulmer
David Schoel
NATTER & FULMER, P.C.
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama  35243

                                                                             */s/* Jon M. Hughes ASB-9227-h68j
                                                                             Of Counsel