IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-359-WKW |
| WAYNE MYRICK, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

This case is before the court on plaintiff's Motion for Summary Judgment (Doc. # 11), plaintiff's Motion to Alter Judgment (Doc. # 35), and defendants' Motion for Leave to File Amended Answer and Counterclaim (Doc. # 43).

The Motion for Leave to File Amended Answer and Counterclaim (Doc. # 43) is GRANTED.  The defendants shall file electronically an exact duplicate of the Amended Answer and Counterclaim attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* **on or before January 4, 2008.**

The plaintiff filed a Motion to Alter, Amend or Vacate Memorandum Opinion and Order Entered October 23, 2007 (Doc. # 35.)  On October 23, 2007, the court entered an order dismissing plaintiff's claims related to the duty to indemnify as unripe because the underlying state action had not concluded.  Shortly thereafter, the parties informed the court that the underlying state action had settled in September 2007.  The plaintiff moved for the court to alter, amend, or vacate the judgment (Doc. # 35) because the duty to indemnify is

now ripe. The defendants do not object. (Doc. # 36.)

Accordingly, it is ORDERED that:

1. Defendants' Motion for Leave to File Amended Answer and Counterclaim (Doc. # 43) is GRANTED. The defendants shall file electronically an exact duplicate of Amended Answer and Counterclaim attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*, **on or before January 4, 2008**.

2. The court VACATES in part its Memorandum Opinion and Order of October 23, 2007 (Doc. # 31). That order is vacated with regard to: (a) the dismissal of claims related to the duty to indemnify, (b) continuing the motion for summary judgment, and (c) reserving ruling on plaintiff's renewed motion to set hearing on motion for summary judgment.

3. Plaintiff's Motion for Summary Judgment (Doc. # 11) is DENIED. Plaintiff has leave to file for summary judgment at a later date.

4. Defendants' Motion to Deny Plaintiff's Motion for Summary Judgment (Doc. # 16) is DENIED as moot.

5. Defendants' Motion to Continue Plaintiff's Motion for Summary Judgment (Doc. # 16) is DENIED as moot.

6. Plaintiff's Renewed Motion to Set Hearing on Motion for Summary Judgment (Doc. # 25) is DENIED as moot.

DONE this 21st day of December, 2007.

                                    /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE