IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-359-WKW |
| WAYNE MYRICK, *et al.*, | ) ) | |
| Defendants. | ) | |

### **ORDER**

By the court's order dated December 21, 2007 (Doc. # 46), the defendants were ordered to file an exact copy of their amended answer with the court on or before January 4, 2008. There having been no amended answer failed, it is hereby ORDERED that counsel for the defendants **on or before January 15, 2008**, shall file either an amended answer with the court or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 8th day of January, 2008.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE